**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6878**

———————————

G. GRAY,

Plaintiff - Appellant,

versus

RON ANGELONE; GEORGE DEEDS,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-97-194-R)

———————————

Submitted: December 11, 1997      Decided: December 24, 1997

———————————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

G. Gray, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997), and denying his motion for reconsideration. We have reviewed the record and the district court's orders and opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Gray v. Angelone, No. CA-97-194-R (W.D. Va. Apr. 30 & June 5,1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2